UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEAN CLAUDE AKNIN,

        Petitioner,

  v.

KIM HOLLAND, Warden,

        Respondent.

Case No. 15-cv-00529-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order Denying the Petition for Writ of Habeas Corpus and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

IT IS SO ORDERED.

Dated: August 30, 2016

                              YVONNE GONZALEZ ROGERS
                              United States District Judge